# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:  JAMES THOMAS HUNTER                                                                                       Chapter 13
       BARBARA SAVAGE HUNTER                                                                          Case No.: 11-51870-FJS

       Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| JAMES THOMAS HUNTER<br>BARBARA SAVAGE HUNTER<br>9413 MACON AVE.<br>NEWPORT NEWS, VA 23601 | $879.22 |

Date: July 11, 2016

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000