UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In Re:  James Thomas Hunter                                    Case No. 11-51870-FJS
        Barbara Savage Hunter
           Debtors                                              Chapter 13

### NOTICE OF PRO SE CREDITOR/CLAIMANT MOTION TO RETURN UNCLAIMED FUNDS

James Thomas Hunter claimant and debtor("Claimant") in the above referenced case has filed a PRO SE CREDITOR/CLAIMANT MOTION FOR RETURN OF UNCLAIMED FUNDS.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not wish the Court to grant relief sought in the motions, or if you want the Court to consider your views on the motions, then on or about 21 days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). You must also mail a copy to:

US Bankruptcy Court
Attn: Clerk of Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granted the requested relief without further notice or hearing. You must also mail a copy to the persons listed below.

U.S. Trustee                                    U.S. Attorney
200 Granby Street, Suite 625                    721 Lakefront Commons, Suite 300
Norfolk, VA 23510                               Newport News, VA 23606

Date: 1-19-22                                   _James Thomas Hunter_
                                                James Thomas Hunter, Claimant
                                                1677 Tinsley Blvd
                                                Prince George, VA 23875
                                                (804) 352-5404

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In Re:  James Thomas Hunter  
       Barbara Savage Hunter  
       Debtors

Case No. 11-51870-FJS

Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2022, a copy of the foregoing PRO SE CREDITOR/CLAIMANT MOTION FOR RETURN OF UNCLAIMED FUNDS was served by the first-class mail, postage pre-paid to:

U.S. Trustee  
200 Granby Street, Suite 625  
Norfolk, VA 23510

U.S. Attorney  
721 Lakefront Commons, Suite 300  
Newport News, VA 23606

Date: 1-25-22

*James Thomas Hunter*  
James Thomas Hunter, Claimant  
1677 Tinsley Blvd  
Prince George, VA 23875  
(804) 352-5404

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In Re:  James Thomas Hunter                                Case No. 11-51870-FJS
        Barbara Savage Hunter
              Debtors                                      Chapter 13

### PRO SE CREDITOR/CLAIMANT MOTION FOR RETURN OF UNCLAIMED FUNDS

COMES NOW, Pro Se Creditor/Claimant James Thomas Hunter in the above-captioned case, per local rule 3011-1 Unclaimed funds, moves in writing and in the form of a motion filed with the Court, to petition the Court for the return of $879.22, which is the sum of all monies being held in the U.S. Treasury of this court as unclaimed funds, which are due to Claimant. A dividend check in the amount of $879.22 was not negotiated by the Claimant and the Trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.
    The claimant did not receive the dividend check in the above case for the following reasons:
<u>Dividends were not collected by the claimant because he moved and was unaware of the unclaimed funds.</u>

The claim has never been assigned to the creditor.
The pro se claimant believes that no other party may be entitled to the funds.

Furthermore, Claimant now seeks to recover funds from the Court's Registry. Claimant's current address is 1677 Tinsley Blvd, Prince George, VA 23875 and Claimant humbly asks that the check be made payable to:
              James Thomas Hunter, Claimant
              1677 Tinsley Blvd
              Prince George, VA 23875

    Wherefore, Claimant prays, that upon proper notice to the U.S. Attorney's office, the court orders a check in the amount of $879.22 made payable to James Thomas Hunter.

Date: 1-19-22                              _James T. Hunter_
                                           James Thomas Hunter, Claimant
                                           1677 Tinsley Blvd
                                           Prince George, VA 23875
                                           (804) 352-5404
SUBSCRIBED AND SWORN TO BEFORE ME this ___19___ day of ___January___, 20_22_, in the County of __Petersburg__, State of __Virginia__.

_[signature]_
Signature of Notary Public
Date Commission Expires: __02/28/2023__

                                           MICHAEL STONE
                                           NOTARY PUBLIC
                                           REG. #7503231
                                           COMMONWEALTH OF VIRGINIA
                                           MY COMMISSION EXPIRES FEBRUARY 28, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In Re:  James Thomas Hunter  
       Barbara Savage Hunter  
       Debtors

Case No. 11-51870-FJS

Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2022, a copy of the foregoing PRO SE CREDITOR/CLAIMANT MOTION FOR RETURN OF UNCLAIMED FUNDS was served by the first-class mail, postage pre-paid to:

U.S. Trustee  
200 Granby Street, Suite 625  
Norfolk, VA 23510

U.S. Attorney  
721 Lakefront Commons, Suite 300  
Newport News, VA 23606

Date: 1-25-22

*James Thomas Hunter* (signature)  
James Thomas Hunter, Claimant  
1677 Tinsley Blvd  
Prince George, VA 23875  
(804) 352-5404

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In Re:   James Thomas Hunter                                              Case No. 11-51870-FJS
        Barbara Savage Hunter
        Debtors                                                              Chapter 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A **PRO SE CREDITOR/CLAIMANT MOTION FOR RETURN OF UNCLAIMED FUNDS** having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $879.22 currently on deposit with the Treasury of the United States, be returned to:

James Thomas Hunter
1677 Tinsley Blvd
Prince George, VA 23875

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and the United States Trustee.

Date: _____                     _____
                                                      United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_____

Date:

U.S. Bankruptcy Court
Attn: Clerk of Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

2022 JAN 31 P 1:27

FILED

    RE:    James Thomas Hunter
            Ch 13, Case no. 11-51870-FJS
            Unclaimed Funds

Dear Sir or Madam:

My name is James Thomas Hunter and I am the claimant for the above-mentioned matter. My wife, Barbara Savage Hunter, the joint-creditor is deceased. I am providing a copy of her death certificate with the following for processing:

- Notice of Pro Se Creditor/Claimant Motion To Return Unclaimed Funds
- Certificate of Service for Unclaimed Funds
- Pro Se Creditor/Claimant Motion for Return of Unclaimed Funds
- Certificate of Service for Unclaimed Funds
- Order for Return of Unclaimed Funds
- Copy of my Driver's License
- Copy of my deceased wife (Joint-Creditor's) Death Certificate
- Report of Deposit of Unclaimed Funds
- Certification Under Local Bankruptcy Rule 2090-1

A copy of the W-9 was sent via USPS to the Financial Administrator. Please review this Motion and let me know if you need anything further.

                        Regards,

                        James Thomas Hunter  1-55-22
                        (804) 352-5404

cc:  U.S. Trustee
     U.S. Attorney

# COMMONWEALTH OF VIRGINIA – CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS – RICHMOND

**COPY A** – FOR DIVISION OF VITAL RECORDS

- Registration Area Number: 216
- Certificate Number: 61

**DECEDENT**
- 1. Full Name of Decedent: Barbara A. Hunter
- 2. Sex: Female
- 3. Date of Death: 1-7-2013
- 4. Age: 67 years
- 5. Date of Birth: 4-15-1946
- 6. Was Decedent Ever in U.S. Armed Forces?: No

**PLACE OF DEATH**
- 7. Name of Hospital or Institution of Death: Riverside Reg Med Center (Inpatient)
- 9. City or Town of Death: Newport News (inside city limits: yes)
- 10. Street Address: 500 J. Clyde Morris Blvd

**USUAL RESIDENCE OF DECEDENT**
- 11. State: Virginia
- 13. City or Town of Residence: Newport News (inside city: yes)
- 14. Street Address: 9413 Mason Ave
- Zip Code: 23601

**PERSONAL DATA OF DECEDENT**
- 15. Name of Decedent's Father: Grant Savage
- 16. Maiden Name of Decedent's Mother: Helen Williams
- 17. Race of Decedent: Black
- 18. Of Hispanic Origin: No
- 20. Citizen of What Country: USA
- 21. Birthplace: Virginia
- 22. Married
- 23. Name of Spouse: James Hunter
- 24. Social Security Number: 231586622
- 25. Usual or Last Occupation: nurse – LPN
- 26. Kind of Business or Industry: health care
- 27. Informant: James Hunter – husband

**CAUSE OF DEATH**
- 28. PART I.
  - (A) Immediate Cause: Sepsis
- PART II. Other significant conditions: ESRD, wound infection
- 28a. Autopsy Authorized By: (blank)

- Actual Signature: [signed] FNP
- Name of Attending Physician: Roger Planas
- Address: 301 Riverview Ave St 500, Norfolk VA 23510
- Date Signed: 1-11-13
- Time: 145

**FUNERAL DIRECTOR**
- 29. Cremation
- 30. Place of Burial/Removal: Hampton Mem Gardens, Hampton, VA
- 31. Signature of Funeral Director: [signed] 4509003176
- Name of Funeral Home and Address: C. C. Carter Funeral Home, 3314 Roanoke Ave NW 1st fl

**REGISTRAR**
- 32. Signature of Registrar: [signed]
- Date Record Filed: JAN 22 2013

---

CERTIFIED COPY OF DEATH RECORD

This is to verify that this is a true and correct reproduction of the original record filed with the Newport News Health Department, Newport News, Virginia.

[signed] DEPUTY REGISTRAR    JAN 22 2013    DATE ISSUED

(SEAL)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   JAMES THOMAS HUNTER                                                                      Chapter 13
         BARBARA SAVAGE HUNTER                                                        Case No.: 11-51870-FJS

        Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| JAMES THOMAS HUNTER<br>BARBARA SAVAGE HUNTER<br>9413 MACON AVE.<br>NEWPORT NEWS, VA 23601 | $879.22 |

Date: July 11, 2016                                /s/ Michael P. Cotter

                                                   Michael P. Cotter
                                                   Chapter 13 Standing Trustee
                                                   870 Greenbrier Circle, Suite 402
                                                   Chesapeake, VA 23320
                                                   (757) 961-3000